IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**SHARON STEENKEN,**

**Defendant.**                                                  No. 08-30170-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Steenken's July 22, 2010 motion to modify conditions of pretrial release (Doc. 415).  Specifically, Steenken moves the Court for permission to travel to Nogales, Sonora, Republic of Mexico for dental work on three different occasions.  Neither the Government nor Pre-Trial Services oppose the motion.  Based on the reasons stated in the motion, the Court **GRANTS** the motion.  The Court **MODIFIES** the conditions of bond to allow Defendant to travel to Nogales, Sonora, Republic of Mexico for dental work.  Further, Defendant shall call her Pre-Trial Services Officer at the time she departs for Nogales and when returns home from Nogales.

      **IT IS SO ORDERED.**

      Signed this 23rd day of July, 2010.

      /s/  *David R. Herndon*
      **Chief Judge**
      **United States District Court**